# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DEBORA A. STUBITS, ADMINISTRATRIX OF THE ESTATE OF RICHARD F. DOMBROWSKI

      v.

GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC ERIE WESTERN RESERVE, LP, D/B/A GOLDEN LIVING CENTER-WESTERN RESERVE; GGNSC HOLDINGS, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; GGNSC CLINICAL SERVICES, LLC; GOLDEN GATE ANCILLARY LLC; GPH ERIE WESTERN RESERVE LLC; GGNSC ERIE WESTERN RESERVE GP LLC; ELIZABETH KACHEL, NHA;  DENISE CURRY, RVP; MILLCREEK COMMUNITY HOSPITAL; MILLCREEK HEALTH SYSTEM


PETITION OF:  GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC ERIE WESTERN RESERVE, LP, D/B/A GOLDEN LIVING CENTER-WESTERN RESERVE; GGNSC HOLDINGS, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC ADMINISTRATIVE SERVICES, LLC; GGNSC CLINICAL SERVICES, LLC; GOLDEN GATE ANCILLARY LLC; GPH ERIE WESTERN RESERVE LLC; GGNSC ERIE WESTERN RESERVE GP LLC; ELIZABETH KACHEL, NHA;  DENISE CURRY, RVP

No. 250 WAL 2016

Petition for Allowance of Appeal from the **Unpublished Judgment Order and Order** of the Superior Court at No. 1160 WDA 2015 entered on May 26, 2016, **affirming** the Order Entered of the Erie County Court of Common Pleas at No. 12386 of 2014 entered on July 8, 2015

# ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**.  The Superior Court's order is **VACATED**.  This matter is **REMANDED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.,* ___ A.3d ___, 2016 WL 5630669 (Pa. September 28, 2016).